UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 31, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
) Case No. CR. S-09-0371 MCE
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
LUIS FELIPE LA COTERA, )
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>LUIS FELIPE LA COTERA</u>, Case No. <u>CR. S-09-0371 MCE</u>, Charge <u>Title 18 USC § 2252(a)(2)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    X   Bail Posted in the Sum of $ <u>50,000 ºº</u>

    X   Unsecured Appearance Bond

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond with Surety

    __   Corporate Surety Bail Bond

    X   (Other) <u>Pretrial Services Supervision of Conditions.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 31, 2009</u> at <u>2:45</u> pm.

By <u>Dale A. Drozd</u>
Dale A. Drozd
United States Magistrate Judge