Case 2:09-cr-00371-MCE   Document 16   Filed 09/30/09   Page 1 of 2

1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   LUIS FELIPE LA COTERA

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

   UNITED STATES OF AMERICA,    )    No. 2:09-cr-00371-MCE
12                              )
                  Plaintiff,    )
13                              )
             v.                 )    **STIPULATION AND ORDER**
14                              )
   LUIS FELIPE LA COTERA,        )    DATE: November 12, 2009
15                              )    TIME: 9:00 a.m.
                  Defendant.    )    JUDGE: Hon. Morrison C. England Jr.
16                              )
   _____ )
17

18      It is hereby stipulated and agreed to between the United States of

19  America through KYLE REARDON, Assistant U.S. Attorney, and defendant,

20  LUIS FELIPE LA COTERA, by and through his counsel, BENJAMIN GALLOWAY,

21  Assistant Federal Defender, that the status conference set for

22  Thursday, October 1, 2009, be continued to Thursday, November 12, 2009,

23  at 9:00 a.m..

24      The reason for this continuance is to allow defense counsel

25  additional time to review discovery with the defendant, to examine

26  possible defenses and to continue investigating the facts of the case.

27      Speedy trial time is to be excluded from the date of this order

28  through the date of the status conference set for November 12, 2009,

1 pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to

2 prepare] (Local Code T4).

3

4 DATED: September 25, 2009    Respectfully submitted,

5                             DANIEL J. BRODERICK
                              Federal Defender
6
                              /S/ Benjamin Galloway
7                             BENJAMIN GALLOWAY
                              Assistant Federal Defender
8                             Attorney for Defendant
                              LUIS FELIPE LA CORTERA
9

10
DATED: September 25, 2009    LAWRENCE G. BROWN
11                            United States Attorney

12                            /s/ Benjamin Galloway for
                              KYLE REARDON
13                            Assistant U.S. Attorney
                              Attorney for Plaintiff

14

15

16

17                          **O R D E R**

18    **IT IS SO ORDERED.**  Time is excluded from today's date through and

19 including November 12, 2009, in the interests of justice pursuant to 18

20 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code

21 T4.

22
 Dated: September 29, 2009
23

24  _____

25  MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE
26

27

28

2