DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
LUIS FELIPE LA COTERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 09-371-MCE |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: January 14, 2010 |
| LUIS FELIPE LA COTERA, ) | TIME: 9:00 a.m. |
| ) | JUDGE: Hon. Morrison C. England Jr. |
| Defendant. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant U.S. Attorney, and defendant, LUIS FELIPE LA COTERA, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, January 7, 2010, be continued to a status conference and possible change of plea hearing on Thursday, January 14, 2010, at 9:00 a.m..

This continuance is being requested as the parties are working toward a resolution of this matter, but need additional time to complete that process.

Speedy trial time is to be excluded from the date of this order

through the date of the status conference/change of plea set for January 14, 2010, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: December 23, 2009          Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /S/ Benjamin Galloway
                                  BENJAMIN GALLOWAY
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  LUIS FELIPE LA CORTERA


DATED: December 23, 2009          BENJAMIN WAGNER
                                  United States Attorney

                                  /s/ Benjamin Galloway for
                                  KYLE REARDON
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including January 14, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: December 29, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE