```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KYLE REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   2:09-cr-00371 MCE
                                 )
12           Plaintiff,          )   PRELIMINARY ORDER OF
                                 )   FORFEITURE
13       v.                      )
                                 )
14  LUIS FELIPE LA COTERA,       )
                                 )
15           Defendant.          )
    _____)
16
17       Based upon the plea agreement and the application for
18  preliminary order of forfeiture entered into between plaintiff
19  United States of America and defendant Luis Felipe La Cotera, it
20  is hereby ORDERED, ADJUDGED AND DECREED as follows:
21       1.  Pursuant to 18 U.S.C. § 2253, defendant Luis Felipe La
22  Cotera's interest in the following property shall be condemned
23  and forfeited to the United States of America, to be disposed of
24  according to law:
25           a)   One black computer tower with SilverStone case,
                  no serial number; and
26
             b)   One Maxtor 250 GB hard drive, serial number
27                B6066CVH.
28  ///
```

2.   The above-listed property constitutes property containing visual depictions of a minor engaged in sexually explicit conduct which was received or distributed through interstate commerce and/or was mailed, shipped or transported in violation of 18 U.S.C. § 2252(a)(2), all in violation of 18 U.S.C. § 2253.

3.   Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States, in its secure custody and control.

4.   a.   Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

     b.   This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice,

whichever is earlier.

    5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

    IT IS SO ORDERED.

Dated: March 18, 2010

_____  
MORRISON C. ENGLAND, JR.  
UNITED STATES DISTRICT JUDGE