1 BENJAMIN B. WAGNER
United States Attorney
2 KYLE REARDON
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California  95814
4 Telephone:  (916) 554-2700

5

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )     2:09-CR-00371-MCE
                               )
12           Plaintiff,        )     FINAL ORDER OF FORFEITURE
                               )
13      v.                     )
                               )
14 LUIS FELIPE LA COTERA,        )
                               )
15           Defendant.        )
_____)
16

17     WHEREAS, on or about march 19, 2010, this Court entered a

18 Preliminary Order of Forfeiture pursuant to the provisions of 18

19 U.S.C. § 2253, based upon the plea agreement entered into between

20 plaintiff and defendant Luis Felipe La Cotera forfeiting to the

21 United States the following property:

22          a)   One black computer tower with SilverStone case,
                 no serial number; and
23
            b)   One Maxtor 250 GB hard drive, serial number
24               B6066CVH.

25     AND WHEREAS, beginning on April 7, 2010, for at least 30

26 consecutive days, the United States published notice of the

27 Court's Order of Forfeiture on the official internet government

28 forfeiture site www.forfeiture.gov.

                                                          1

1  Said published notice advised all third parties of their right to

2  petition the Court within sixty (60) days from the first day of

3  publication of the notice for a hearing to adjudicate the

4  validity of their alleged legal interest in the forfeited

5  property;

6       AND WHEREAS, the Court has been advised that no third party

7  has filed a claim to the subject property, and the time for any

8  person or entity to file a claim has expired.

9       Accordingly, it is hereby ORDERED and ADJUDGED:

10      1.  A Final Order of Forfeiture shall be entered forfeiting

11 to the United States of America all right, title, and interest in

12 the above-listed property pursuant to 18 U.S.C. § 2253, to be

13 disposed of according to law, including all right, title, and

14 interest of Luis Felipe La Cotera.

15      2.  All right, title, and interest in the above-listed

16 property shall vest solely in the name of the United States of

17 America.

18      3.  The U.S. Marshals Service shall maintain custody of and

19 control over the subject property until it is disposed of

20 according to law.

21  Dated: January 31, 2011

22

23

24      _____
        MORRISON C. ENGLAND, JR.
        UNITED STATES DISTRICT JUDGE

25

26

27

28

                                                        2