COIMBRA LAW FIRM, APC
BY: JOSEPH L COIMBRA, ESQ.
California Bar No. 257579
1050 Lakes Dr., Suite 225
West Covina, CA 91790
Telephone: 626-827-7222
Facsimile: 626-270-4533

*Attorney for Luis La Cotera*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff<br><br>vs,<br><br>LUIS FELIPE LA COTERA,<br><br>　　　　　Defendant. | Case No. 2:09CR00371-01<br><br>STIPULATION AND ORDER ON NOTICE OF MOTION; DECLARATION, AND MOTION, MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br>DATE: January 4, 2018<br>TIME: 10 a.m.<br><br>COURTROOM: 7, MCE |

　　　TO: UNTIED STATES ATTORNEY, PLAINTIFF; AND PHILLIP A. TALBERT, UNITED STATES ATTORNEY, EASTERN DISTRICT OF CALIFORNIA; AND ASSISTANT UNITED STATES ATTORNEY

　　　**WHEREAS** on October 27, 2017, Defendant Luis Felipe La Cotera filed his Notice of Motion, Declaration, and Motion in Support of Early Termination of Supervised Release, which sought a hearing date of December 14, 2017 at 2 p.m. (Motion transmitted via the CM/ECF system as ECF No. 47).

**WHEREAS** on November 1, 2017, Defendant Luis Felipe La Cotera filed his Notice of Motion, Declaration, and Motion in Support of Early Termination of Supervised Release with a revised hearing date scheduled for January 4, 2018 at 10 a.m. in Courtroom 7. (Motion transmitted via the CM/ECF system as ECF No. 50).

**IT IS HEREBY STIPULATED**, by Defendant and his Counsel that:

1. Defendant and Counsel withdraw the Motion transmitted as ECF 47.

2. Defendant and Counsel affirm that the Motion filed as ECF 50 is the true and correct Motion to be heard.

3. Defendant and Counsel vacate the December 7, 2017 hearing date.

4. Defendant and Counsel affirm the hearing date for January 4, 2018 at 10 a.m. in Courtroom 7.

Date: December 7, 2017

Respectfully Submitted,

_____
JOSEPH L. COIMBRA
Attorney for Luis La Cotera

**ORDER**

The Court, having reviewed the foregoing Stipulation, and good cause appearing therefore, hereby orders that Defendant, Luis La Cotera is permitted to withdraw the Motion filed as ECF No. 47 and proceed with the Motion for Early Termination of Supervised Release filed as ECF No. 50. The December 7, 2017 hearing date is vacated, and the Motion shall be heard on January 4, 2018 at 10 a.m. in Courtroom 7.

IT IS SO ORDERED.

Dated: November 13, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE